UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Units Franchising Group, Inc.,

Plaintiff(s),

Case No. 26-13404

v.

Honorable Judith E. Levy

SE Michigan Storage, Inc., et al.,

Magistrate Judge Anthony P. Patti

Defendant(s).
______________________________________/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

This case appears to be a companion case to Case No. 25-13577. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Stephen J. Murphy, III and Magistrate Judge David R. Grand.

s/Judith E. Levy
Judith E. Levy
United States District Judge

s/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

---

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: CIVIL

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: September 16, 2026

s/ S Schoenherr
Deputy Clerk

cc: Parties and/or counsel of record
Honorable Stephen J. Murphy, III